# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

SEAN RODNEY ORTH,

                Plaintiff(s),

v.

PHILLIP DUFFY, et al.,

                Defendant(s).

2:21-cv-01988-GMN-VCF

**ORDER**

Before the Court is *Sean Rodney Orth v. Phillip Duffy, et al.*, case number 2:21-cv-01988-GMN-VCF.

Judge Navarro remanded this case for the undersign to set a deadline for plaintiff to file an amended complaint. ECF No. 36.

Accordingly,

IT IS HEREBY ORDERED that the amended complaint must be filed on or before February 17, 2023.

DATED this 3rd day of January 2023.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1