# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Sean Rodney Orth,

          Plaintiff(s),

vs.

Phillip Duffy, *et al.*,

          Defendant(s).

2:21-cv-01988-GMN-MDC

**Order**

    The Office of the Attorney General ("OAG") notified the Court that it would accept service on behalf of Defendants Calvin Johnson and Julie Williams. ECF No. 60. The OAG did not accept service on behalf of Dr. Bernales or Dr. Rivas but stated that they would file an acceptance of service once permission was obtained, otherwise the OAG would submit, under seal, the last known addresses for Dr. Bernales and Dr. Rivas. *Id.* To date, the OAG has not filed a *Notice of Acceptance of Service*, nor submitted the last known addresses under seal.

    Accordingly,

    **IT IS ORDERED** that the OAG either file a *Notice of Acceptance of Service* OR file, under seal, the last known addresses of defendants Dr. Bernales and Dr. Rivas by **April 12, 2024**.

## **NOTICE**

    Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985).

    This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order

and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, the plaintiff must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. Failure to comply with this rule may result in dismissal of the action.

DATED this 20th day of March 2024.

IT IS SO ORDERED.

_____
Maximiliano D. Couvillier III
United States Magistrate Judge