# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Sean Rodney Orth,

        Plaintiff(s),

vs.

Phillip Duffy, *et al.*,

        Defendant(s).

2:21-cv-01988-GMN-MDC

**Order**

     Pending before the Court is plaintiff's *Motion for the Court to Issue Summonses for Remaining Defendants* ("Motion for Summonses") (ECF No. 90). Plaintiff requests that summonses be issued for the defendants that were not addressed in the Court's previous orders. *Id.* The remaining defendants are "employees of the Henderson Police Department." *Id.* at 2:3. Plaintiff indicates that, per his Motion for Clarification (ECF No. 75), it is his belief "that service upon these defendants would be either upon them personally of via City Attorney for City of Henderson." ECF No. 90 at 2:5-6.

     The Court notes that the docket indicates defendant J. Hehn was terminated on February 9, 2023, so it will not issue summonses as to that defendant. The Court also notes that plaintiff has not provided a full name for defendants Mower and Hennebuiel, therefore the Court will not issue summonses for these defendants. However, the Court grants the Motion for Summonses as to the other defendants.

     ACCORDINGLY,

     **IT IS ORDERED that:**

1. The *Motion for Summonses* (ECF No. 90) is GRANTED.
2. The Clerk of Court is kindly directed to send a copy of this Order and issues summonses, for the below defendants, to the City Attorney's Office for the City of Henderson, Nevada:
    a. Phillip Duffy
    b. Paul Baidino
    c. Brent Bowler

        d. Ashley Mangan

        e. Alex Nelson

3. The City Attorney's Office for the City of Henderson shall file a Notice of Acceptance of Service for the defendants it will accept service.

4. If it will not or cannot accept service on behalf of any of the named defendants, the City Attorney's Office is directed to file, **under seal**, the last known addresses of the defendants it cannot or will not accept service.

DATED this 23rd day of May 2024.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge