# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Sean Rodney Orth,<br><br>                    Plaintiff(s),<br><br>vs.<br><br>Phillip Duffy, *et al*.,<br><br>                    Defendant(s). | **2:21-cv-01988-GMN-MDC**<br><br><br>**Order Setting Stacked Hearing** |

**IT IS ORDERED** that the parties are directed to call in on **August 28, 2024, at 3:30PM** for a stacked hearing on the *Stipulation for Extension of Time* (ECF No. 100). The call-in telephone number is (888) 273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. To improve sound quality, the parties should use a land line, if at all possible. The use of a speaker phone during the proceedings is prohibited.

IT IS SO ORDERED.

Dated this 20th day of August 2024.

_____

Hon. Maximiliano D. Couvillier III
United States Magistrate Judge