# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Sean Rodney Orth,

                Plaintiff,

vs.

Phillip Duffy, *et al.*,

                Defendants.

Case No. 2:21-cv-01988-GMN-MDC

**ORDER GRANTING PLAINTIFF'S MOTIONS (ECF NOS. 124, 125) and SETTING HEARING REGARDING DEFENDANTS' PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER (ECF NO. 127)**

The Court has reviewed prisoner plaintiff's *Motion to Represent the Case Pro Se* ("*Pro Se* Motion") (ECF No. 124) and *Motion For Record of Case* ("Compel Motion") (ECF No. 125) (collectively "Motions"). The Court construes plaintiff in the *Pro Se* Motion to be requesting to proceed *pro se* in this case. *ECF No. 124*. Furthermore, the Court construes plaintiff in the Compel Motion to be requesting for a copy of his entire file and to compel all defendants to produce copies of all discovery and communications between defendants and plaintiff's former lawyer, Mr. Scroggins, who is recently deceased. *ECF No. 125*. For good cause shown and because the Motions are unopposed, **IT IS ORDERED** that the Motions are **GRANTED**. LR 7-2(d). Defendants shall produce all discovery and communications between them and plaintiff's former lawyer, Mr. Scroggins, to plaintiff by **May 15, 2026**.

      **IT IS FURTHER ORDERED** that the parties shall appear for an in-person hearing on **April 30, 2026, at 9 a.m. in Courtroom 3B** regarding the defendants' Proposed Discovery Plan and Scheduling Order (ECF No. 127) and the discovery and pre-trial deadlines for this case.

      DATED: April 16, 2026.

      IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge

1

**NOTICE**

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985).

This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, the plaintiff must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. Failure to comply with this rule may result in dismissal of the action.