# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Sean Rodney Orth,

               Plaintiff,

vs.

Phillip Duffy, *et al.*,

               Defendants.

Case No. 2:21-cv-01988-GMN-MDC

**ORDER TO PRODUCE SEAN RODNEY ORTH # 6111549**

TO: WARDEN, CLARK COUNTY DETENTION CENTER, LAS VEGAS, NV

The Court finds that Sean Rodney Orth # 6111549 is presently in the custody of the Clark County Detention Center, located at 330 S. Casino Center Blvd. Las Vegas, NV 89101.

**IT IS ORDERED** that the Warden of Clark County Detention Center, or his designee, shall transport and produce Sean Rodney Orth # 6111549 to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in the LV Courtroom 3B, Las Vegas, Nevada on April 30, 2026 at 9:00 a.m. to attend a hearing in this case. Plaintiff will not be released and shall thereafter be returned to the custody of the Warden, Clark County Detention Center.

DATED: April 16, 2026.

IT IS SO ORDERED.

_____

Hon. Maximiliano D. Couvillier, III
United States Magistrate Judge

## NOTICE

Pursuant to Local Rules IB 3-1 and IB 3-2, a party may object to orders and reports and recommendations issued by the magistrate judge. Objections must be in writing and filed with the Clerk of the Court within fourteen days. LR IB 3-1, 3-2. The Supreme Court has held that the courts of appeal

1

may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985).

This circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983). Pursuant to LR IA 3-1, the plaintiff must immediately file written notification with the court of any change of address. The notification must include proof of service upon each opposing party's attorney, or upon the opposing party if the party is unrepresented by counsel. Failure to comply with this rule may result in dismissal of the action.